United States District Court
Southern District of Texas
**ENTERED**
March 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIPP FLORES ARCHITECTS, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. H-14-2702 |
| MID-CONTINENT CASUALTY CO. | § § § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Order Adopting Memorandum and Recommendation on Cross-Motions for Summary Judgment, and in the Magistrate Judge's Memorandum and Recommendation granting the motion for summary judgment filed by Mid-Continent Casualty Company and denying the motion filed by Kipp Flores Architects, LLC, this court dismisses the claims of Kipp Flores Architects, LLC, with prejudice, ordering that he take nothing on those claims. Each party is to pay its own costs of court.

This is a final judgment.

SIGNED on March 28, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge